UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Stephen Williams

Case No. 04-71673

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, __Robin Underwood__, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ __1,154.08__, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor __Citibank/Choice P4oD__. The applicant further states that:

1.  (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this __23__ day of __September__, 20__09__.

__PYOD__
Name of creditor

__Robin Underwood__
Signature of Applicant

__Robin Underwood / Legal Services Coordinator__
Name and Title of Applicant

__PYOD c/o Resurgent Capital Services__
Company Name

__PO Box 19008__
Street Address

__Greenville SC 29602__
City and State

__864-248-5026__
Telephone number

__26-0868565__
Tax Identification

XXX-XX-_____
Social Security Number

__3__
Claim Number

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Stephen Williams

Case No. 04-71673

Chapter 7

## AFFIDAVIT OF CLAIMANT

I, __Robin Underwood on behalf of PYOD__, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: __PYOD c/o Resurgent Capital Services__
__Po Box 19008__
__Greenville SC 29603__

Phone number: __864-248-5026__

Social security number XXX-XX-_____

If claimant is a corporation, the federal tax ID number __26-0868365__

 1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

 2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: **9/23/2009**　　　　　　　　　　**Robin Underwood**
　　　　　　　　　　　　　　　　　　　　Signature of Claimant

Sworn to and Subscribed before me this
23rd day of September, 2009

_____
NOTARY PUBLIC AT LARGE
STATE OF South Carolina

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In The Matter Of:

STEPHEN WILLIAMS,

　　　　Debtor.
_____/

In Bankruptcy:

Case No. 04-71673-S
Chapter 7
Hon. Phillip J. Shefferly

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the Court:

The attached check in the amount of $1,154.08 represents an unclaimed dividend in this Estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividend is:

| Claim Number | Claimant | Amount |
|---|---|---|
| 3 | Citibank/Choice<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $1,154.08 |
| | **TOTAL:** | **$1,154.08** |

Respectfully Submitted,

/s/ Gene R. Kohut
Gene R. Kohut (P47413)
Trustee for the Estate
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
(313) 886-9765
ecftrustee@gktrustee.com

Dated: September 12, 2006

Gene R. Kohut, P.C.
Attorney &
Counselor at Law
21 Kercheval Avenue
Suite 285
Grosse Pointe Farms
Michigan 48236

(313) 886-9765 Office
(313) 432-0229 Fax

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: ) Case No. 04-71673
    Stephen Williams )
) Chapter 7
)
)
)
    Debtors )

## AFFIDAVIT OF SHERRIE A. EMERSON

I, SHERRIE EMERSON, hereby declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am Senior Director of Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding

3. I am authorized to make this Affidavit on behalf of Creditor.

4. I authorize Robin Underwood, a Legal Service Coordinator, employed by Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding.

*Sherrie A. Emerson*
SHERRIE A. EMERSON

1

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

On *September 22nd*, 2009, before me Amy Adkins, personally appeared Sherrie A. Emerson, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

_____
Notary Public
My Commission Expires: 2/5/12

2

# RESURGENT
**Capital**



**SHERRIE EMERSON**
Director

15 S Main St
Greenville, SC 29601

Phone: 864-248-8615
Fax: 888-852-9651
Mobile: 864-360-4569
Email: semerson@resurgent.com
www.resurgent.com





The above copy of South Carolina driver's license in the name of Robin Underwood is a true and exact copy of the original.

*Robin Underwood*

Robin Underwood

State of South Carolina

County of Greenville

On September 23rd, 2009 before me Amy Adkins, personally appeared Robin Underwood, personally known to me as the person whose name is subscribed above.

*[signature]*

Notary Public

My commission expires: 2/6/12



# RESURGENT
## Capital Services

| Account Detail | | |
|---|---|---|
| Acct ID: 315427567 | Portfolio ID: 9238 | Account Status: Closed |
| Acct Number: 5424180188889890 | | Collection Status: BKT |

| Account Balance | | |
|---|---|---|
| Principal Balance: 27722.21 | | Cost Balance: 0.00 |
| Atty Balance: 0.00 | | Total Current Balance: 27722.21 |
| | | |

| Additional Account Data | | |
|---|---|---|
| Last Pmt Date: 2/16/2004 | Current Owner: PYOD LLC | Last Purchase Date: 6/26/2000 |
| Last Pmt Amt: 435.00 | | Last Purchase Amt: |
| Last NSF Amt: | | |
| Last NSF Date: | | |
| Chg Off Date: 9/22/2004 | Purchase Date: 1/30/2008 | Funding Date: 8/10/2009 |
| Chg Off Balance: | | Funding Source: Citibank PIC Collateral |
| Orig Placement Balance: 27722.21 | | Misc Data 1: |
| | | Misc Data 2: |
| Origination Date: 1/1/1991 | Product Source: Citibank | Misc Data 3: |
| Sold To SFG By: Citibank | Original Merchant: | Misc Data 4: |
| CCA Number: | CCA Proposed Pmt: | CCA Accepted Pmt: |
| CCA Start Balance: | CCA Phone: | |

9238

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT is dated as of January 25, 2008, between Citibank (South Dakota), N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 and Citibank, N.A., 399 Park Ave., New York, NY 10043 (collectively the "Bank") Sherman Originator LLC ("Buyer"), organized under the laws of the State of Delaware, with its headquarters/principal place of business c/o Sherman Capital Markets LLC at 200 Meeting Street, Suite 206, Charleston, SC 29401.

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated January 25, 2008, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Section 1.2 of the Agreement.

This Bill of Sale, Assignment and Assumption Agreement is executed without recourse and without representations or warranties including, without limitation, warranties as to collectibility except as provided in the Agreement.

Citibank (South Dakota), N.A.

By: _____
(Signature)
Douglas C. Morrison
Citibank
Vice President and Chief Fin. Officer
Sioux Falls, SD

Name: _____

Title: _____

Sherman Originator LLC

By: _____
(Signature)

Name: Jon C. Mazzoli

Title: Director

Citibank, N.A.

By: _____
(Signature)

Name: Kermit J. Osborne

Title: Vice President

KERMIT OSBORNE, VP
Consumer Credit/Risk Management
One Court Square/42nd Fl./Zn. 15
Long Island City, NY 11120
(718) 248-6677

## SALE AND ASSIGNMENT

Sherman Originator LLC ("Seller") therefore, hereby transfers, sells, assigns, conveys, grants and delivers to PYOD ("Buyer"), the Receivable Assets identified on the Receivable File dated **1/31/08** that is hereby delivered to Buyer and accompanies this Sale and Assignment.

Dated: **January 31, 2008**          SHERMAN ORIGINATOR LLC
                                     a Delaware limited Liability company

                                     By: _____
                                         Name: Les Gutierrez
                                         Title: Authorized Representative


Dated: **January 31, 2008**          PYOD LLC
                                     a Delaware limited Liability company

                                     By: _____
                                         Name: Les Gutierrez
                                         Title: Authorized Representative

**MI - EASTERN - DETROIT - 6th Circuit**

| | | | |
|---|---|---|---|
| Primary Debtor: | STEPHEN WILLIAMS | | Document is available at no charge |
| Case Number: | 04-71673 | | Retrieve document from Court |
| Chapter: | 7 | | Docket entry only |
| Date Filed: | 11/08/2004 | | |

New Search

Modify Search

Update Claims Register

View Archived Documents

Information updated as of 1/9/2009 9:38:40 PM CST

Keyword Search: [        ]   Apply Filter

**Total Claimed:** $47,687.54

| Creditor | Claim No: 1 | | Status | |
|---|---|---|---|---|
| **ST. JOSEPH MERCY HOSPITAL C/O MERCHANTS & MEDICAL CREDIT CORP.** 6324 TAYLOR DR FLINT, MI 48507 | Filed: Entered: | 05/16/2005 | Filed By: Entered By: Modified: | CR TIGHE, SHEILA 2005-05-16T00:00:00 |

| Amounts | |
|---|---|
| Unsecured: | $937.37 |
| **Total:** | **$937.37** |

| History | | | |
|---|---|---|---|
| | 1-1 | 05/16/2005 | Claim #1 filed by St. Joseph Mercy Hospital, total amount claimed: $937.37 (Tighe, Sheila) |

| Description | |
|---|---|
| Remarks | (1-1) CONVERTED FROM BANCAP. |

| Creditor | Claim No: 2 | | Status | |
|---|---|---|---|---|
| **CHASE MANHATTAN BANK USA, NA C/O WEINSTEIN & RILEY, P.S.** 2101 4TH AVENUE SUITE 900 SEATTLE, WA 98121 | Filed: Entered: | 05/16/2005 | Filed By: Entered By: Modified: | CR TIGHE, SHEILA 2005-05-17T00:00:00 |

| Amounts | |
|---|---|
| Unsecured: | $19,027.96 |
| **Total:** | **$19,027.96** |

| History | | | |
|---|---|---|---|
| | 2-1 | 05/16/2005 | Claim #2 filed by Chase Manhattan Bank USA, NA, total amount claimed: $19027.96 (Tighe, Sheila) |

| Description | |
|---|---|
| Remarks | (2-1) CONVERTED FROM BANCAP. |

| Creditor | Claim No: 3 | | Status | |
|---|---|---|---|---|
| **CITIBANK / CHOICE EXCEPTION PAYMENT PROCESSING** P.O BOX 6305 THE LAKES, NV 88901 | Filed: Entered: | 07/22/2005 | Filed By: Entered By: Modified: | CR BAILEY-CLARK, KIMBERLY 2005-08-24T00:00:00 |

| Amounts | |
|---|---|
| Unsecured: | $27,722.21 |
| **Total:** | **$27,722.21** |

| History | | | |
|---|---|---|---|
| 3-1 | 07/22/2005 | Claim #3 filed by Citibank / CHoice, total amount claimed: $27722.21 (tspen) | |

| Description | |
|---|---|
| Remarks | |

**Total Claimed:** $47,687.54



# RESURGENT CAPITAL SERVICES L.P.

Note: This online database was last updated on 8/4/2009 6:03:05 PM.
See our Disclaimer.

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Foreign |
| **STATUS:** | Good Standing |
| **STATE OF INCORPORATION / ORGANIZATION:** | DELAWARE<br>Profit |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | C T CORP SYSTEM |
| **ADDRESS:** | 75 BEATTIE PLACE |
| **CITY:** | GREENVILLE |
| **STATE:** | SC |
| **ZIP:** | 29601 |
| **SECOND ADDRESS:** | TWO INSIGNIA FINANCIAL PLAZA |
| **FILE DATE:** | 09/02/1999 |
| **EFFECTIVE DATE:** | 09/02/1999 |
| **DISSOLVED DATE:** | / / |

## Corporation History Records

| CODE | FILE DATE | COMMENT | Document |
|---|---|---|---|
| Merger Survivor | 09/23/2005 | SURV. MERGER WITH RESURGENT CAPITAL SERVICES, LLC | |
| Limited Partnership Amendment | 06/29/2005 | NM CH FR ALEGIS GROUP, L.P. | |
| Limited Partnership | 09/02/1999 | FOREIGN LP | Image |

Disclaimer: The South Carolina Secretary of State's Business Filings database is provided as a convenience to our customers to research information on business entities filed with our office. Updates are uploaded every 48 hours. Users are advised that the Secretary of State, the State of South Carolina or any agency, officer or employee of the State of South Carolina does not guarantee the accuracy, reliability or timeliness of such information, as it is the responsibility of the business entity to inform the Secretary of State of any updated information. While every effort is made to insure the reliability of this information, portions may be

| Form **W-9** | **Request for Taxpayer** | Give form to the |
| (Rev. October 2007) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury | | send to the IRS. |
| Internal Revenue Service | | |

**Print or type** — See Specific Instructions on page 2.

Name (as shown on your income tax return)

Business name, if different from above
**PYOD LLC**

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .C....
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**PO Box 19008**

City, state, and ZIP code
**Greenville SC 29602**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**

or

**Employer identification number**
26 | 0868365

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ *Sherri A. Emerson*  Date ▶ 9/23/2009

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X    Form **W-9** (Rev. 10-2007)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Stephen Williams

Case No. 04-71673

Chapter 7

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on the __23__ day of __September__, 20__09__, a copy of the Application for Payment From Unclaimed Funds by _____ PYOD _____ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Michael Wicks, Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: 9/23/2009           By: Robin Underwood

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Stephen Williams

Case No. 04-71673

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Citibank/Choice c/o PYOD, the sum of One Thousand One Hundred Fifty Four dollars + 08/100 dollars ($ 1,154.08), of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
       Deputy Clerk